# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Alvin W | U.S. District Court (Conn.) | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 450 Main Street <br> Hartford, CT 06103 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair | Section of Business Law, American Bar Association (1/1/06 to 8/6/06) |
| 2. Immediate Past Chair | Section of Business Law, American Bar Association (8/6/06 to 12/31/06) |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 P 1:52 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Alvin W | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[  ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Windsor Public Schools |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[  ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA/Section of Business Law* | Jan. 12-16, 2006, Midwinter Council Meeting, Phoenix, Arizona. Travel, lodging and meals. |
| 2. | ABA/Section of Business Law* | Feb. 10-12, 2006, Midyear Meeting, Chicago, Illinois. Travel, lodging and meals. |
| 3. | ABA/Section of Business Law* | April 5-10, 2006, Spring Meeting, Tampa, Florida. Travel, lodging and meals. |
| 4. | ABA/Section of Business Law* | June 21-23, 2006, National Conference for the Minority Lawyer, Philadelphia, Pennsylvania. Travel, lodging and meals. |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Alvin W | 05/10/2007 |

| 5. | ABA/Section of Business Law* | Aug. 2-8, 2006, Annual Meeting, Honolulu, Hawaii, Travel, lodging and meals. |
|---|---|---|
| 6. | ABA** | October 3-4, 2006, Disaster Response and Readiness Committee, Washington, DC. Travel, lodging and meals. |
| 7. | ABA/Section of Business Law* | December 1-2, 2006, Officers Meeting, Washington, D.C. Travel, lodging and meals. |
| 8. | * Reimbursed in my capacity as an Officer of the Section of Business Law. | |
| 9. | ** Reimbursed in my capacity as a member of the Comm. on Disaster Response . . . | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Alvin W | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Alvin W | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rollover IRA, T. Rowe Price* | | None | O | T | Part Redemp. | 12/4 | K | | .* Continued in Part VIII |
| 2. Rollover IRA, T. Rowe Price* | | None | O | T | Part Redemp. | 7/25 | K | | * Continued in Part VIII |
| 3. U.S. Gov't Bonds/Strips - TINT (RBC Dain Rauscher)* | A | Interest | J | T | Part Redemp. | 8/15 | J | A | * Continued in Part VIII |
| 4. Connecticut State G/O College Savings Bonds (RBC/DR)* | B | Interest | K | T | Part Redemp. | 12/15 | J | | .* Continued in Part VIII |
| 5. Vanguard Tax-Managed Growth Income Fund | A | Dividend | J | T | Part Redemp. | 8/1 | J | B | |
| 6. Webster Bank Accounts | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Alvin W | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VI. As a former partner in the law firm of Robinson & Cole, I have been reporting that I may be contingently liable for the debts of the partnership incurred while I was a partner in the firm. I left the firm in October 1994. I have been informed that there are no longer any such contingent liabilities.

Part VII.

Lines 1 -2 - Held in three common funds
- T. Rowe Price Small Cap Fund
- T. Rowe Price Value Fund
- T. Rowe Price Spectrum Income Fund

Part VII.

Lines 3-4 - Broker left Advest, Inc. and went to RBC Dain Rauscher

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Alvin W | 05/10/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬     Date   May 14, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544